## ROSS v. CANNON.

Court of Common Pleas. April, 1808.

*Wells' Notebook, 369.*

*Cooper* and *Horsey* for plaintiffs, and *Bayard* and *Vandyke* for defendants.

Defendant's counsel offered the pleas of *non est factum,* payment, etc. Objected to by the plaintiff's counsel that the pleas were repugnant. They quoted 1 Sell.Pr. 329.

PER CURIAM. The pleas are inconsistent and cannot be pleaded.

*N. B.* The motive for putting in these pleas was to take advantage of a variance between the bond as shown on *oyer* and the one declared on.

The defendant's counsel then offered the plea of *nil debet in modo et forma* etc. This the Court rejected likewise.